IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN BLAKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-193 |
| | ) | |
| UPMC PASSAVANT HOSPITAL, | ) | Judge McVerry |
| JOE KUZMA, individually and in his | ) | Magistrate Judge Hay |
| capacity as a Department Supervisor with | ) | |
| UPMC Passavant Hospital and | ) | |
| BRIAN KOOROS, individually and in his | ) | |
| capacity as a Human Resources | ) | |
| Representative with UPMC Passavant | ) | |
| Hospital, | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

AND NOW, this 4th day of April, 2008, after the plaintiff, John Blake, filed an action in the above-captioned case, and after a Motion for Summary Judgment was filed by defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties until March 24, 2008, to file written objections thereto, and upon consideration of the objections filed by plaintiff and the response to those objections filed by defendant, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion for Summary Judgment submitted by defendants [Dkt. 26] is GRANTED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

s/ Terrence F. McVerry
United States District Judge

cc: Honorable Amy Reynolds Hay
United States Magistrate Judge

All Counsel of Record by electronic filing